Ruth B. Sanders, Appellate District Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, C.J., and
BRECKENRIDGE and HOLLIGER, JJ.

### Order

PER CURIAM.

Delbert L. Thomas appeals the denial of his Rule 29.15 motion for post-conviction relief. The motion court's findings and conclusions that Thomas's trial counsel was not ineffective are not clearly erroneous. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Amy M. Bartholow, Assistant Public Defender, Columbia, MO, for appellant.

Before HOWARD, C.J., and
BRECKENRIDGE and NEWTON, JJ.

### Order

PER CURIAM.

Douglas W. Hampton, Jr., was convicted of attempted manufacture of a controlled substance in violation of section 195.211, RSMo.2000, and illegal use of drug paraphernalia, in violation of section 195.233, RSMo.2000. Hampton's sole point on appeal is that the trial court erred in overruling his motion to suppress in that automobile searches should be limited to cases where it is reasonable to believe that evidence relevant to the crime arrested for might be found in the vehicle.

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Douglas W. HAMPTON, Jr., Appellant.**

**No. WD 66121.**

Missouri Court of Appeals,
Western District.

Nov. 21, 2006.

**Lloyd DOTSON–BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66057.**

Missouri Court of Appeals,
Western District.

Nov. 21, 2006.